STANLEY ORR ET AL V. S. M. N. MARRS ET AL.

Application No. 18892. Decided July 6, 1932.
(52 S. W., 2d Series, 53.)

*Woolworth & Baker,* of Carthage, for plaintiffs in error.

*Brachfield & Wolfe,* of Henderson, for defendants in error.

PER CURIAM.—The question as to whether or not the bonds involved in this suit could have been abrogated or cancelled by authority of an election and vote of the people, held for that purpose, is not before us, and we express no opinion upon that question. We have, therefore, dismissed the application for writ of error under the statute for want of jurisdiction.